**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 30, 2007

Elmer L. Roller
Hertz, Schram
1760 S. Telegraph Road
Suite 300
Bloomfield Hills, MI 48302-0183

      Re:  No. 07-2059, *Jonathan Bell v. Prefix, Incorporated*
           Originating Case No. 05-74311

Dear Counsel,

Your appeal has been docketed as case number **07-2059** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's office if any corrections should be made.

At this stage of the appeal, the following forms should be downloaded from the Court's web site: www.ca6.uscourts.gov and filed with the Clerk's office by **September 13, 2007**.

        Appellant:   Appearance of Counsel

                     Civil Appeal Statement of Parties & Issues

                     Transcript Order

                     Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:   Appearance of Counsel

                     Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If the filing fee for the appeal has not yet been paid to the District Court, it must be paid by September 13, 2007. These deadlines are important -- if the initial forms are not timely filed or the filing fee is not paid, the appeal will be dismissed for want of prosecution.

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Scott J. Swearingen
Case Manager
Direct Dial No. 513-564-7011
Fax No. 513-564-7096
CA06-Team1@ca6.uscourts.gov

cc: Christopher J. Nelson
    Linda M. Watson

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 07-2059**

JONATHAN BELL,

     Plaintiff - Appellant

v.

PREFIX, INCORPORATED,

     Defendant - Appellee